UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THANDI ENTERPRISES, LLC d/b/a<br>HOLIDAY INN EXPRESS FRESNO,<br><br>　　　　Defendant. | No. 1:16-cv-01503-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 9) |

On November 21, 2016, plaintiff filed a notice of voluntary dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 9.)  Defendant has not filed a responsive pleading in this action.  In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated: __**December 1, 2016**__　　　　　　　　　_Dale A. Drozd_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1